```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 24455
   JACQUELINE W BOICE
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4082


-------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/20/05 and confirmed on 08/25/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  14586.47 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                        PAID         PAID
-------------------------------------------------------------------------
FORD MOTOR CREDIT CO    SECURED VEHIC         .00           .00          .00
FORD MOTOR CREDIT CO    SECURED           4415.89        443.27      4415.89
DELL FINANCIAL          SECURED            900.00         64.41       900.00
ASPIRE VISA             UNSECURED         1787.50           .00       383.56
THE CASH STORE          UNSECURED        NOT FILED          .00          .00
ROUNDUP FUNDING LLC     UNSECURED         1115.44           .00       239.35
HOME DEPOT CREDIT SERVIC UNSECURED       NOT FILED          .00          .00
ECAST SETTLEMENT CORPORA UNSECURED        2340.22           .00       502.16
JC PENNEY               UNSECURED        NOT FILED          .00          .00
KAZ M ZYMANTAS          UNSECURED        NOT FILED          .00          .00
MERRICK BANK            UNSECURED         1340.69           .00       287.68
ECAST SETTLEMENT CORPORA UNSECURED         474.00           .00       101.71
PAYDAY LOAN STORE       FILED LATE            .00           .00          .00
ILLINOIS STUDENT ASSIST UNSECURED        16727.14           .00      3589.30
DELL FINANCIAL          UNSECURED          687.71           .00       147.57
FIRST CONSUMERS NATL BAN UNSECURED            .00           .00          .00
         Summary of disbursements:
-------------------------------------------------------------------------
                   SECURED     PRIORITY   UNSECURED      OTHER        TOTAL

TOTAL CLMS ALLOWED  5315.89         .00    24472.70        .00     29788.59
PRINCIPAL PAID      5315.89         .00     5251.33        .00     10567.22
INTEREST PAID        507.68         .00         .00        .00       507.68
TOTAL PAID          5823.57         .00     5251.33        .00     11074.90
The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     625.10 .

Refunds to the Debtor totaled $     186.47 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                          /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE










                             PAGE   2
          CASE NO. 05 B 24455 JACQUELINE W BOICE